UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:   CASE NUMBER: 3:10-bk-06431-JAF
CHAPTER 13

Riley H. Findley, Jr.
aka Riley Henry Findley, Jr.

   Debtor,

Violet Marie Findley
aka Violet M. Findley

   Joint Debtor.
_____/

## ORDER GRANTING BANK OF AMERICA, N.A. RELIEF FROM THE AUTOMATIC STAY

This case came before the Court on February 19, 2013 upon the Motion for Relief from the Automatic Stay filed by Bank of America, N.A. ("**Secured Creditor**") on January 25, 2013 (Docket No. 70). Based on the record, the Court having heard argument of Counsel and the Court being otherwise fully advised on the matter, it is

**ORDERED:**

1. The Motion for Relief from Automatic Stay is GRANTED.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Secured Creditor's interest in the following property:

> LOT 62, SWEETWATER CREEK SOUTH UNIT FOUR EAST ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 54, PAGES 77, 77A THROUGH 77L OF THE CURRENT PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA.

Property Address: 5425 Orchard Lake Drive, Jacksonville, FL 32258 (the "Property").

3.  This Order Granting Relief from Stay is entered for the sole purpose of allowing Secured Creditor to obtain an *in rem* judgment against the Property described above and Secured Creditor shall not seek an *in personam* judgment against Debtor.

**DATED** this 21 day of February 2013, in Jacksonville, Florida.

JERRY A. FUNK
UNITED STATES BANKRUPTCY JUDGE

Copies Furnished To:

Taji S. Foreman, Esq.
Elizabeth R. Wellborn, P.A.
350 Jim Moran Blvd., Suite 100
Deerfield Beach, Florida 33442
tforeman@erwlaw.com
*Attorney for Creditor*

Riley H. Findley, Jr. aka Riley Henry Findley, Jr.
5425 Orchard Lake Dr., Jacksonville, FL 32258

Violet Marie Findley aka Violet M. Findley
5425 Orchard Lake Dr., Jacksonville, FL 32258

E. Warren Parker, Jr.
8777 San Jose Blvd., Suite 301, Jacksonville, FL 32217

Douglas W. Neway
P O Box 4308, Jacksonville, FL 32201